# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK CLEMENSEN, on behalf of himself and all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC, a California corporation,<br><br>Defendant. | Case No. 2:23-CV-01429-DJC-JDP<br><br>[Assigned to the Hon. Daniel J. Calabretta – Courtroom 10]<br><br>**ORDER GRANTING JOINT STIPULATION BETWEEN PARTIES TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:   June 14, 2023<br>Trial Date:           None Set |

On July 24, 2023, Plaintiff Erik Clemensen, on behalf of himself and all others similarly situated, and Defendant University of the Pacific filed a joint stipulation between the parties to extend Defendant's deadline for 28 days to file a responsive pleading to August 21, 2023 in the above-captioned action. Having reviewed the stipulation, IT IS HEREBY ORDERED that the parties' stipulation is **GRANTED.**

**IT IS SO ORDERED**

Dated: July 26, 2023         /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE