1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  CHRISTINA TUSAN (SBN 192203)
   ctusan@hammondlawpc.com
3  ADRIAN BARNES (SBN 253131)
   abarnes@hammondlawpc.com
4  POLINA BRANDLER (SBN 269086)
   pbrandler@hammondlawpc.com
5  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlawpc.com
6  HAMMONDLAW, P.C.
   1201 Pacific Ave, 6th Floor
7  Tacoma, WA 98402
   (310) 807-1666
8  (310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERIK CLEMENSEN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**UNIVERSITY OF THE PACIFIC,** a California Corporation,<br><br>Defendant. | Case No. 2:23-CV-01429-DJC-JDP<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal of his individual claims with prejudice, and the claims of any and all putative class members without prejudice, and without fees or costs to any party.

Dated: November 30, 2023                                          HAMMONDLAW, P.C.


                                                                    s/ Julian Hammond
                                                                 Julian Hammond
                                                                 Attorneys for Plaintiff and the Class